| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF NEVADA | |
| Case number *(if known)* _____ Chapter  **7** | |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **ALL-FILTERS, INC.** | |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **88-0291240** | |
| 4. | **Debtor's address** | **Principal place of business**  **3107 & 3111 N. DEER RUN RD**  **#S 2, 4, 16, 18, 20, 22 & 24; & 4, 6 & 8**  **CARSON CITY, NV 89701**  Number, Street, City, State & ZIP Code  **CARSON CITY**  County | **Mailing address, if different from principal place of business**  **PO BOX 19144**  **RENO, NV 89511**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor **ALL-FILTERS, INC.**　　　　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____　When _____　Case number _____
District _____　When _____　Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **ALL-FILTERS, INC.** Case number (*if known*)
　　　Name

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
　　　Contact name _____
　　　Phone _____

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|
| | | ☐ Funds will be available for distribution to unsecured creditors. |
| | | ■ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

Debtor  **ALL-FILTERS, INC.**　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　**September 19, 2024**
　　　　　　　　MM / DD / YYYY

**X** **/s/ BLAINE WIMSATT**　　　　　　　　　　　　　**BLAINE WIMSATT**
　　Signature of authorized representative of debtor　　　　Printed name

Title　**PRESIDENT**

**18. Signature of attorney**

**X** **/s/ KEVIN A DARBY**　　　　　　　　　　　Date　**September 19, 2024**
　　Signature of attorney for debtor　　　　　　　　　　　MM / DD / YYYY

**KEVIN A DARBY 7670**
Printed name

**DARBY LAW PRACTICE**
Firm name

**499 W. PLUMB LANE, SUITE 202**
**Reno, NV 89509**
Number, Street, City, State & ZIP Code

Contact phone　**775.322.1237**　　　Email address　**kevin@darbylawpractice.com**

**7670 NV**
Bar number and State

Official Form 201　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **ALL-FILTERS, INC.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206D
### Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
  ■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1  FENIX CAPITAL**
Creditor's Name

9265 4TH AVE, SUITE 2
BROOKLYN, NY 11209
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**4/2024**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**THIRD PRIORITY SECURITY INTEREST IN ACCOUNTS RECEIVABLE**

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

$50,000.00      $78,080.00

---

**2.2  KAPITUS SERVICING INC.**
Creditor's Name

2500 WILSON BOULEVARD SUITE 350
ARLINGTON, VA 22201
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**SECOND PRIORITY SECURITY INTEREST IN ACCOUNTS RECEIVABLE**

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$90,000.00      $78,080.00

Official Form 206D         Schedule D: Creditors Who Have Claims Secured by Property         page 1 of 3

Debtor **ALL-FILTERS, INC.**     Case number (if known) _____
    Name

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.3 | **US BANK** | **Describe debtor's property that is subject to a lien** | $248,436.49 | $320,820.74 |
|---|---|---|---|---|

Creditor's Name
**FIRST PRIOIRTY SECURITY INTEREST IN MOST OF DEBTOR'S ASSETS**

**PO BOX 4493**
**PORTLAND, OR 97208-4493**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☒ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2020**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0980**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **US BANK EQUIPMENT FINANCE** | **Describe debtor's property that is subject to a lien** | $5,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
**EQUIPMENT FINANCING - PLEATER**

**PO BOX 79448**
**SAINT LOUIS, MO 63179**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☒ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$393,436.49**

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor **ALL-FILTERS, INC.**   Case number (if known)
Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **KAPITUS SERVICING**<br>**2500 DISCOVERY BLVD., SUITE 200**<br>**ROCKWALL, TX 75032** | Line **2.2** | |
| **KAPITUS SERVICING INC.**<br>**2500 WILSON BLVD, SUITE 350**<br>**ARLINGTON, VA 22201** | Line **2.2** | |

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 3

**Fill in this information to identify the case:**

Debtor name: **ALL-FILTERS, INC.**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**INTERNAL REVENUE SERVICE**<br>**P.O. Box 21126**<br>**DPN 781**<br>**PHILADELPHIA, PA 19114**<br><br>Date or dates debt was incurred<br>**5/6/2024**<br><br>Last 4 digits of account number **1240**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**PAYROLL TAXES**<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $28,067.18 | $28,067.18 |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**AMERICAN EXPRESS**<br>**PO BOX 60189**<br>**CITY OF INDUSTRY, CA 91716-0189**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **BUSINESS CREDIT CARD**<br><br>Is the claim subject to offset?  ☒ No   ☐ Yes | $28,268.02 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**AMERICAN METAL FILTER COMPANY**<br>**611 MARSAT CT**<br>**CHULA VISTA, CA 91911**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **TRADE DEBT**<br><br>Is the claim subject to offset?  ☒ No   ☐ Yes | $1,943.24 |

39342

Debtor **ALL-FILTERS, INC.**      Case number (if known) _____
      Name

| | | |
|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**ATLANTIC PACKAGING**<br>**806 N 23RD ST**<br>**WILMINGTON, NC 28405**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **TRADE DEBT**<br>Is the claim subject to offset? ■ No ☐ Yes | **$54,329.81** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**BDG**<br>**243 STEWART STREET**<br>**RENO, NV 89501**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **TRADE DEBT**<br>Is the claim subject to offset? ■ No ☐ Yes | **$420.00** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**BROWNSTEIN HYATT FARBER SCHREK**<br>**5520 KIETZKE LANE, SUITE 110**<br>**Reno, NV 89511**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **LEGAL FEES**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,005.96** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**CAPITAL ONE**<br>**1680 CAPITAL ONE DRIVE**<br>**MC LEAN, VA 22102**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **BUSINESS CREDIT CARD**<br>Is the claim subject to offset? ■ No ☐ Yes | **$35,487.35** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**CAPURRO TRUCKING**<br>**955 DEMING WAY**<br>**SPARKS, NV 89431**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **TRADE DEBT**<br>Is the claim subject to offset? ■ No ☐ Yes | **$27,522.29** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**FEDEX CORPORATE SERVICES, INC.**<br>**C/O PETER DUBOWSKY, ESQ.**<br>**300 SOUTH FOURTH STREET, SUITE 1020**<br>**LAS VEGAS, NV 89101**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **JUDGMENT FOR TRADE DEBT**<br>Is the claim subject to offset? ■ No ☐ Yes | **$167,077.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**FIBRIX FILTRATION**<br>**1101 TAR HEEL RD.**<br>**CHARLOTTE, NC 28208**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **TRADE DEBT**<br>Is the claim subject to offset? ■ No ☐ Yes | **$71,008.77** |

Debtor  **ALL-FILTERS, INC.**                                    Case number (if known)
        Name

| 3.10 | **Nonpriority creditor's name and mailing address**<br>GLOBALTRANZ<br>7350 N DOBSON ROAD<br>SCOTTSDALE, AZ 85256<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **TRADE DEBT**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $19,314.42 |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>GRAPHIC PACKAGING<br> 939 EAST PLEASANT RUN ROAD<br>LANCASTER, TX 75146<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **TRADE DEBT**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $86,016.14 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>HJ MONDO<br>C/O COLDWELL BANKER<br>187 SONOMA STREET<br>CARSON CITY, NV 89701<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **PAST DUE RENT**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $98,487.43 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>KRAYDEN<br>1491 WEST 124TH AVENUE<br>DENVER, CO 80234<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **TRADE DEBT**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $9,499.96 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>NXT NANO<br>2201 E L ANDERSON BLVD<br>CLAREMORE, OK 74017<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **TRADE DEBT**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $7,268.05 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>SPECIALIZED DELIVERY SERVICES<br>3200 N. HAYDEN ROAD #100<br> SCOTTSDALE, AZ 85251<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **TRADE DEBT**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $976.27 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>USA PALLET DEPOT<br>1196 TELEGRAPH ST<br>RENO, NV 89502<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **TRADE DEBT**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $2,800.00 |

Debtor  **ALL-FILTERS, INC.**                           Case number (if known) _____
        Name

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$39,976.92** |
|---|---|---|---|
| | **WALLNER EXPAC** <br> **1274 SLATER CIR** <br> **Ontario, CA 91761** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **TRADE DEBT** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **AMERICAN EXPRESS** <br> **PO BOX 0001** <br> **Los Angeles, CA 90096-8000** | Line **3.1** <br> ☐ Not listed. Explain ____ | _ |
| 4.2 | **PETER DUBOWSKY, ESQ.** <br> **300 S. FOURTH STREET, SUITE 1020** <br> **Las Vegas, NV 89101** | Line **3.8** <br> ☐ Not listed. Explain ____ | _ |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.  $ | **28,067.18** |
| **5b. Total claims from Part 2** | 5b. + $ | **651,401.63** |
| **5c. Total of Parts 1 and 2** <br>     Lines 5a + 5b = 5c. | 5c.  $ | **679,468.81** |

```
ALL-FILTERS, INC.
PO BOX 19144
RENO, NV 89511

KEVIN A DARBY
DARBY LAW PRACTICE
499 W. PLUMB LANE, SUITE 202
Reno, NV 89509

AMERICAN EXPRESS
PO BOX 60189
CITY OF INDUSTRY, CA 91716-0189

AMERICAN EXPRESS
PO BOX 0001
Los Angeles, CA 90096-8000

AMERICAN METAL FILTER COMPANY
611 MARSAT CT
CHULA VISTA, CA 91911

ATLANTIC PACKAGING
806 N 23RD ST
WILMINGTON, NC 28405

BDG
243 STEWART STREET
RENO, NV 89501

BLAINE WIMSATT
3111 N. DEER RUN ROAD
CARSON CITY, NV 89701


BLAINE WIMSATT


BROWNSTEIN HYATT FARBER SCHREK
5520 KIETZKE LANE, SUITE 110
Reno, NV 89511

CAPITAL ONE
1680 CAPITAL ONE DRIVE
MC LEAN, VA 22102

CAPURRO TRUCKING
955 DEMING WAY
SPARKS, NV 89431

FEDEX CORPORATE SERVICES, INC.
C/O PETER DUBOWSKY, ESQ.
300 SOUTH FOURTH STREET, SUITE 1020
LAS VEGAS, NV 89101
```

```
FENIX CAPITAL
9265 4TH AVE, SUITE 2
BROOKLYN, NY 11209

FIBRIX FILTRATION
1101 TAR HEEL RD.
CHARLOTTE, NC 28208

GLOBALTRANZ
7350 N DOBSON ROAD
SCOTTSDALE, AZ 85256

GRAPHIC PACKAGING
 939 EAST PLEASANT RUN ROAD
LANCASTER, TX 75146

HJ MONDO
C/O COLDWELL BANKER
187 SONOMA STREET
CARSON CITY, NV 89701

INTERNAL REVENUE SERVICE
Acct No 1240
P.O. Box 21126
DPN 781
PHILADELPHIA, PA 19114

KAPITUS SERVICING
2500 DISCOVERY BLVD., SUITE 200
ROCKWALL, TX 75032

KAPITUS SERVICING INC.
2500 WILSON BOULEVARD
SUITE 350
ARLINGTON, VA 22201

KAPITUS SERVICING INC.
2500 WILSON BLVD, SUITE 350
ARLINGTON, VA 22201

KRAYDEN
1491 WEST 124TH AVENUE
DENVER, CO 80234

NXT NANO
2201 E L ANDERSON BLVD
CLAREMORE, OK 74017

PETER DUBOWSKY, ESQ.
300 S. FOURTH STREET, SUITE 1020
Las Vegas, NV 89101

SPECIALIZED DELIVERY SERVICES
3200 N. HAYDEN ROAD #100
 SCOTTSDALE, AZ 85251
```

```
US BANK
Acct No 0980
PO BOX 4493
PORTLAND, OR 97208-4493

US BANK EQUIPMENT FINANCE
PO BOX 79448
SAINT LOUIS, MO 63179

USA PALLET DEPOT
1196 TELEGRAPH ST
RENO, NV 89502

WALLNER EXPAC
1274 SLATER CIR
Ontario, CA 91761
```

# United States Bankruptcy Court
## District of Nevada

In re **ALL-FILTERS, INC.**
Debtor(s)

Case No. 
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **ALL-FILTERS, INC.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 19, 2024**
Date

**/s/ KEVIN A DARBY**
**KEVIN A DARBY 7670**
Signature of Attorney or Litigant
Counsel for **ALL-FILTERS, INC.**
**DARBY LAW PRACTICE**
**499 W. PLUMB LANE, SUITE 202**
**Reno, NV 89509**
**775.322.1237 Fax:775.996.7290**
**kevin@darbylawpractice.com**