United States Bankruptcy Court
District of Nevada

In re ALL-FILTERS, INC.

Debtor(s)

Case No. _____
Chapter 7

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **BLAINE WIMSATT**, declare under penalty of perjury that I am the **PRESIDENT** of **ALL-FILTERS, INC.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __8th__ day of __August__, 2024.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **BLAINE WIMSATT**, **PRESIDENT** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **BLAINE WIMSATT**, **PRESIDENT** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **BLAINE WIMSATT**, **PRESIDENT** of this Corporation is authorized and directed to employ **KEVIN A. DARBY 7670** and **TRICIA M. DARBY 7956**, attorneys and the law firm of **DARBY LAW PRACTICE** to represent the corporation in such bankruptcy case."

Date __August 8, 2024__

Signed /s/ **BLAINE WIMSATT**
BLAINE WIMSATT

Resolution of Board of Directors
of
**ALL-FILTERS, INC.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **BLAINE WIMSATT, PRESIDENT** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **BLAINE WIMSATT, PRESIDENT** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **BLAINE WIMSATT, PRESIDENT** of this Corporation is authorized and directed to employ **KEVIN A. DARBY 7670** and **TRICIA M. DARBY, 7956** attorneys and the law firm of **DARBY LAW PRACTICE** to represent the corporation in such bankruptcy case.

Date __August 8, 2024__                    Signed _____